UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DORIAN, <br><br> Plaintiff, <br><br> vs. <br><br> COMMUNITY LOAN SERVICING, LLC fka BAYVIEW LOAN SERVICING; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 4:22-cv-04372-DMR <br><br> ORDER (AS MODIFIED) GRANTING STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE <br><br> Hon. Donna M. Ryu |

**IT IS HEREBY ORDERED,** good cause appearing, that:

1. The initial case management conference is continued to March 29, 2023 at 1:30 p.m. in Oakland, by Videoconference only. The parties shall file their joint case management conference statement by March 22, 2023.

**IT IS SO ORDERED AS MODIFIED.**

Dated:  December 15, 2022

*IT IS SO ORDERED AS MODIFIED*
*Judge Donna M. Ryu*

BY: _____
Hon. Donna M. Ryu
United States Magistrate Judge

- 1 -