Ian A. Rambarran, Bar No. 227366
Kaleigh E. Thomas, Bar No. 340194
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 282-0100/FAX (916) 444-7544
irambarran@klinedinstlaw.com
kthomas@klinedinstlaw.com

Attorneys for Defendant COMMUNITY LOAN SERVICING, LLC fka BAYVIEW LOAN SERVICING

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PAUL DORIAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMUNITY LOAN SERVICING, LLC dba BAYVIEW LOAN SERVICING; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 4:22-cv-04372-DMR<br><br>**ORDER (AS MODIFIED) TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY ORDERED,** good cause appearing, that: The initial case management conference is continued to May 3, 2023 at 1:30 PM in Oakland, by Videoconference only. The Parties are to file their joint case management conference statement by April 26, 2023. (Please note that per Chief Magistrate Judge Donna M. Ryu's Standing Order: Civil case management conferences are heard on the first, third, and fifth Wednesdays of the month at 1:30 p.m. unless the case management conferences shall co-incide with the hearing on any pending motions before Judge Ryu).

DATED: March 27, 2023

22403718.1

_____
DONNA M. RYU
CHIEF MAGISTRATE JUDGE

*IT IS SO ORDERED — Judge Donna M. Ryu*