Ian A. Rambarran, Bar No. 227366
Kaleigh E. Thomas, Bar No. 340194
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 282-0100/FAX (916) 444-7544
irambarran@klinedinstlaw.com
kthomas@klinedinstlaw.com

Attorneys for Defendant COMMUNITY LOAN SERVICING, LLC fka BAYVIEW LOAN SERVICING

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PAUL DORIAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMUNITY LOAN SERVICING, LLC dba BAYVIEW LOAN SERVICING; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 4:22-cv-04372-DMR<br><br>**STIPULATION TO CONTINUE MEDIATION DEADLINE** |

### STIPULATION

Plaintiff PAUL DORIAN ("Plaintiff") and Defendant COMMUNITY LOAN SERVICING, LLC fka BAYVIEW LOAN SERVICING ("Defendant") hereby stipulate and agree that good cause exists for moving the deadline for the Parties to complete mediation.

**WHEREAS,** on May 3, 2023, this Court issued a Case Management and Pretrial Order requiring private mediation to be completed by October 6, 2023 [Dkt. 51];

**WHEREAS,** on August 23, 2023, the Parties filed a Joint Case Management Conference Statement requesting an extension on the deadline to complete private mediation [Dkt. 53];

**WHEREAS,** on August 28, 2023, the Clerk of this Court issued a notice instructing the Parties to file a stipulation and proposed order regarding their request to extend the mediation deadline [Dkt. 54];

**WHEREAS,** the Parties are in the process of meeting and conferring on a mediator;

**WHEREAS,** based on the Parties' schedules and mediator availability, the Parties request the Court grant an extension to complete mediation for 120 days;

**WHEREAS,** this stipulation is made for good cause and not for the purpose of delay of the proceedings.

Respectfully submitted,

KLINEDINST PC

DATED:  October 6 , 2023            By:       /s/ *Kaleigh E. Thomas*
                                              Ian A. Rambarran
                                              Kaleigh E Thomas
                                              Attorneys for Defendant COMMUNITY LOAN SERVICING, LLC fka BAYVIEW LOAN SERVICING

LAW OFFICES OF TODD FRIEDMAN

DATED:  October 6, 2023             By:       /s/ *Adrian Bacon*
                                              Todd Friedman
                                              Adrian Bacon
                                              Meghan George
                                              Attorneys for Plaintiff

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Plaintiff and that I have obtained his authorization to affix his electronic signature to this document.

KLINEDINST PC

DATED:  October 6, 2023

By: _____/s/ Kaleigh E. Thomas_____
Ian A. Rambarran
Kaleigh E Thomas
Attorneys for Defendant COMMUNITY LOAN SERVICING, LLC fka BAYVIEW LOAN SERVICING

23194619.1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PAUL DORIAN,<br><br>            Plaintiff,<br><br>      v.<br><br>COMMUNITY LOAN SERVICING, LLC dba BAYVIEW LOAN SERVICING; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 4:22-cv-04372-DMR<br><br>**ORDER GRANTING STIPULATION TO CONTINUE MEDIATION DEADLINE** |

**IT IS HEREBY ORDERED,** good cause appearing, that:

1.      The deadline for the Parties to complete private mediation is continued 120 days to February 3, 2024.

DATED: October 12, 2023



By: _____
DONNA M. RYU
Chief Magistrate Judge